

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:

| | | |
|---|---|---|
| SARAH LOGAN | * | Case No. 13-20393 RG |
| | * | Chapter 13 |
| Debtor | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ANSWER TO DEBTOR'S OBJECTION TO CLAIM NUMBER 1 FILED BY SAWYER PROPERTY MANAGEMENT OF MARYLAND, LLC THROUGH THEIR ATTORNEY JEFFREY TAPPER

NOW COMES, Sawyer Property Management of Maryland, LLC, by and through their attorney, Jeffrey Tapper, and requests that this Honorable Court withdraw Claim Number 1 filed in this case by Jeffrey Tapper, attorney for Sawyer Property Management of Maryland, LLC, for we were unaware that there was a previous Chapter 7 filing, which claim was discharged as a result of the Debtor's filing and ultimate discharge on May 20, 2013.

Wherefore, Sawyer Property Management of Maryland, LLC respectfully requests that this Court withdraw the claim in its entirety.

The Law Office of Jeffrey Tapper
Jeffrey Tapper, Esquire
90 Painters Mill Road, Suite 230
Owings Mills, MD. 21117
410-363-2355
Attorney for the Creditor,
Sawyer Property Management of MD, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of December, 2013, copies of the foregoing Answer was mailed, to the following by first class mail, postage prepaid:

Ellen Cosby, Trustee
300 E. Joppa Road, Ste. 409
Towson, Maryland 21286
CHAPTER 13 TRUSTEE

Christman & Fascetta
810 Gleneagles Court, Ste. 301
Towson, Maryland 21286
Attn: Edward C. Christman, Esquire
ATTORNEY FOR DEBTOR

_____
JEFFREY TAPPER, ESQUIRE